JACOB OLITSKY and Others, Respondents, v. BENJAMIN HELLER and NATHAN RUBIN, Appellants.— Order in so far as appealed from, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted unconditionally, with ten dollars costs. In our opinion there was an abuse of discretion by the Special Term in refusing to dismiss the complaint unconditionally for lack of prosecution. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

GEORGE RODO, Respondent, v. RUTH S. MOELLER and HENRY MOELLER, Appellants.— Order granting a preference affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

DIEDERICK G. ROWEHL, in Behalf of Himself and All Others Similarly Situated, Appellant, v. CITY OF NEW YORK and THOMAS F. DWYER, as Commissioner of Public Markets of the City of New York, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, and plaintiff's motion for an injunction *pendente lite* granted. In our opinion, under section 164 of the Greater New York Charter* and chapter 15, article 2, section 30, subdivision 2, of the Code of Ordinances of the City of New York, the commissioner of public markets has no power to grant a license for a stand within what is known as " Farmers' Square " in Wallabout Market to any except farmers and market gardeners. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MILLIE SAVIANO, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANTHONY STABILE, Respondent, v. MICHAEL DIMPERIO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

BEACON FURNITURE Co., INC., Respondent, v. DAVID LEVINE, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MAE A. CAROLAN, as Administrator, etc., of THOMAS CAROLAN, Deceased, Respondent, v. GEORGE V. VENECHANOS and Others, etc., Defendants, and GEORGE V. VENECHANOS and GEORGE T. VENECHANOS, Individually, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. If an undertaking has been given, appellants are entitled to a stay. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THOMAS E. GLEASON, as Administrator, etc., of ELIZABETH GLEASON, Deceased, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

---

* See Laws of 1901, chap. 466, § 164, as amd. by Laws of 1903, chap. 514.— [REP.